## Labriola *v.* State Steel Drum and Barrel Co., Inc. (et al., Appellant).

Argued September 12, 1973. *Howard M. Girsh,* with him *Steinberg and Girsh,* for appel-

lant; *Stanley Lebofsky,* with him *Weinstein, Leonard & Lebofsky Associates,* for appellee.

Order affirmed.

SPAULDING, J., absent.